IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | **UNDER SEAL** |
| | ) | |
| MICROSOFT CORPORATION FOR INFORMATION ASSOCIATED WITH CERTAIN MICROSOFT CORPORATION E-MAIL ACCOUNTS | ) ) ) ) ) | CASE NO. 3:18mj 171-5 |
| GOOGLE, INC. FOR INFORMATION ASSOCIATED WITH CERTAIN GOOGLE, INC. E-MAIL ACCOUNTS | ) ) ) ) | CASE NO. 3:18mj 171-4 |
| OATH HOLDINGS, INC. FOR INFORMATION ASSOCIATED WITH OATH HOLDINGS, INC. E-MAIL ACCOUNTS RICHKAY17@YAHOO.COM AND HIGHPLAINS88@YAHOO.COM | ) ) ) ) ) ) | CASE NO. 3:18mj 171-3 |
| APPLE, INC. FOR INFORMATION ASSOCIATED WITH APPLE, INC. E-MAIL ACCOUNT MERVYNPRICE@ICLOUD.COM | ) ) ) ) ) | CASE NO. 3:18mj 171-2 |
| WEB.COM GROUP INC./NETWORK SOLUTIONS, LLC FOR INFORMATION ASSOCIATED WITH WEB.COM E-MAIL ACCOUNT HYDRO@CAPITAL360.COM | ) ) ) ) ) | CASE NO. 3:18mj 171-1 |

## GOVERNMENT'S MOTION TO SEAL

NOW COMES the United States of America, by and through Sandra Moser, Acting Chief, Criminal Division, Fraud Section, and R. Andrew Murray, United States Attorney for the Western District of North Carolina, and respectfully moves this Honorable Court for an Order sealing the application for a search warrant, the search warrant, and supporting affidavit submitted in connection with the above-referenced matter. These documents contain information regarding an ongoing investigation, the existence of which is not yet known to the potential targets. Disclosure of these documents to the public could disrupt

the investigation, particularly because they reference information obtained from a defendant in a related case who is cooperating with the government in this investigation.

WHEREFORE, the government respectfully asks the Court to place all documents submitted in connection with this matter, along with this motion, under seal until further order of the Court.

| | |
|---|---|
| R. ANDREW MURRAY<br>UNITED STATES ATTORNEY<br><br>SANDRA MOSER,<br>ACTING CHIEF, FRAUD SECTION<br>CRIMINAL DIVISION<br>U.S. DEPARTMENT OF JUSTICE | _____/s/_____<br>CHRISTOPHER FENTON<br>Trial Attorney<br>christopher.fenton@usdoj.gov<br>WILLIAM H. BOWNE<br>william.bowne2@usdoj.gov<br>Trial Attorney<br>Fraud Section, Criminal Division<br>United States Department of Justice<br>1400 New York Avenue, NW<br>Washington, D.C. 20005<br>Direct Line: (202) 514-0561 |

It is so **ORDERED**, this 30th day of May, 2018:

_____
Hon. David S. Cayer
United States Magistrate Judge